No. 11–11094. STRICKLAND *v.* PENNSYLVANIA. Super. Ct. Pa. Certiorari denied.

No. 11–11095. SAMSOEDIEN *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 11–11097. ISMAY *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 11–11098. RODGERS *v.* PFISTER, WARDEN. C. A. 7th Cir. Certiorari denied.

No. 11–11099. GLEASON *v.* HAWS, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 11–11100. HINES *v.* KANE, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 11–11101. FINLEY *v.* BERGH, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 11–11103. HOFFMAN *v.* LEE. C. A. 9th Cir. Certiorari denied.

No. 11–11104. FEGAN *v.* GIPSON, ACTING WARDEN (two judgments). C. A. 9th Cir. Certiorari denied.

No. 11–11105. RYDLAND *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 11–11106. CLEMENTE-BERNABE *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 11–11107. BROWN *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 11–11108. BAIRD *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 11–11109. MARTIN *v.* UNITED STATES. Ct. App. D. C. Certiorari denied.

No. 11–11110. LUNSFORD *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 11–11111. LaRose *v.* SCHNEIDER, JUDGE, CIRCUIT COURT OF MISSOURI, ST. CHARLES COUNTY. Sup. Ct. Mo. Certiorari denied.